IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ANNETTE and BRYANT SAMUEL, ) | |
| ) | |
| Plaintiffs ) | |
| ) | |
| v. ) | **Case No.: 2:13-cv-2375-PD** |
| ) | |
| NCO FINANCIAL SYSTEMS, INC. ) | **Notice of Settlement** |
| ) | |
| Defendant ) | |
| ) | |
| ) | |

## NOTICE OF SETTLEMENT

TO THE CLERK:

NOW COMES Plaintiffs, ANNETTE and BRYANT SAMUEL ("Plaintiffs"), by and through the undersigned counsel, and hereby informs the Court that a settlement of the present matter has been reached and all parties to the present matter are currently in the process of executing the aforementioned settlement agreement, which Plaintiffs anticipates will be completed within the next 60 days.

Dated: October 11, 2013

BY:/s/Craig Thor Kimmel
Craig Thor Kimmel, Esquire
Attorney ID # 57100
Kimmel & Silverman, P.C.
30 E. Butler Pike
Ambler, PA 19002
Phone: (215) 540-8888
Facsimile: (877) 788-2864
Email: kimmel@creditlaw.com
Attorney for Plaintiff