## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| BRYANT SAMUEL, et. al. | : | CIVIL ACTION |
| Plaintiffs, | : | |
| | : | |
| v. | : | |
| | : | |
| NCO FINANCIAL STSTEMS, | : | |
| INC., | : | No. 13-2375 |
| Defendant. | | |

### O R D E R

**AND NOW, TO WIT:** This **15th** day of **October, 2013**, it having been reported that the issues between the parties in the above action have been settled and upon Order of the Court pursuant to the provisions of Rule 41.1(b) of the Local Rules of Civil Procedure of this Court (effective July 1, 1995), it is

**ORDERED** that the above action is **DISMISSED** with prejudice, without costs, pursuant to the agreement of counsel.

**MICHAEL E. KUNZ**
Clerk of Court

BY:   /s/ Chavela M. Settles_____
Chavela M. Settles
Deputy Clerk to
Honorable Timothy R. Rice
U.S. Magistrate Judge